BINYARD & WALDROW v. McCOMBS, KELLER & BYNES.

(No. 237, Op. Book No. 1, p. 411.)

ERROR from Harrison County.   Opinion by WHITE, J.

§ 520. *Citation; defective as to time of appearance; judgment by default.* The citation to defendants was issued December 29, 1875, and cited them to appear and answer in the suit on the third Monday in January, 1875. *Held,* that they were cited to appear at an impossible time, and that the citation was fatally defective and would not support the judgment by default.

December 1, 1877.                Reversed and remanded.